UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

| | |
|---|---|
| MICHAEL WAYNE COUCH, <br><br> Plaintiff, <br><br> v. <br><br> CLAY COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | Civil Action No. 6: 23-42-KKC <br><br><br> JUDGMENT |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Michael Couch's Complaint [R. 1] is **DISMISSED**, without prejudice.

Entered:  April 28, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY